# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **SANDY CITY,**<br><br>        **Plaintiff,**<br><br>**v.**<br><br>**AMANDA REYNOLDS,**<br><br>        **Defendant**. | **ORDER ADOPTING AND AFFIRMING REPORT AND RECCOMENDATION**<br><br>**Case No. 2:21-cv-00310-DAK-JCB**<br><br>**Judge Dale A. Kimball**<br><br>**Magistrate Judge Jared C. Bennett** |

This case was assigned to United States District Judge Dale A. Kimball, who referred it to United States Magistrate Judge Jared C. Bennett under 28 U.S.C. § 636(b)(1)(B). (ECF No. 1.) On June 21, 2021, Magistrate Judge Bennett issued a Report and Recommendation recommending that the court summarily remand this action because:

(I)     Mrs. Reynolds cannot establish that the court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331, 1441, or 1446 because those statutes govern removal of civil actions, not criminal actions, brought in state court; and

(II)    Even if Ms. Reynolds had relied upon the relevant statutes governing removal of state criminal action, this action is not otherwise removable.

(ECF No. 7 at 2.) The Report and Recommendation also notified Mrs. Reynolds that she must file any objection within 14 days after receiving it. Ms. Reynolds did not file an objection to the Report and Recommendation within those 14 days.

The court has reviewed the docket and Judge Bennett's Report and Recommendation and adopts and affirms Report and Recommendation in its entirety. Accordingly, the court summarily remands this action to the Sandy City Justice Court, Salt Lake County, State of Utah.

DATED this the 13th day of July, 2021.

BY THE COURT:

_____
DALE A. KIMBALL
United States District Judge